# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Moreland Properties LLC, | No. CV-20-02297-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Goodyear Tire & Rubber Company, et al., | |
| Defendants. | |

The Court has reviewed Plaintiff's Motion for Reconsideration (Doc. 120).

IT IS ORDERED that Defendants shall respond to Plaintiff's Motion for Reconsideration no later than **November 28, 2022**.

IT IS FURTHER ORDERED that Plaintiff may file a reply no later than **December 5, 2022.**

Dated this 16th day of November, 2022.

_____
Susan R. Bolton
United States District Judge